## UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

In re:  Bk. No. 22–10095–BAH
Chapter 13

Jean Y. Beaulieu
    Debtor

### ORDER GRANTING MOTION FOR RELIEF

A motion for relief from the automatic stay was filed by Creditor OneMain Financial Group, LLC (Doc. No. 16) (the "Motion") pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(a), if applicable, in this chapter 13 case. The Motion was duly noticed upon all parties concerned with the matter to which said Motion pertains. No objection or responsive pleading in opposition to the Motion was filed by the scheduled answer date. Accordingly it is hereby ORDERED:

1. The Motion is GRANTED.

2. Pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(3), this order granting relief is stayed for 14 days.

This is a core proceeding in accordance with 28 U.S.C. § 157(b) as to which the Court has jurisdiction of the subject matter and the parties.

    ENTERED at Concord, New Hampshire.

Date: May 26, 2022  /s/ Bruce A. Harwood
Bruce A. Harwood
Chief Bankruptcy Judge

Form ogrmrlfsty13–807